IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH C. GEIGER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3103 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' joint Stipulation for Dismissal With Prejudice (filing 26) and Fed. R. Civ. P. 41,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs, complete record waived.

DATED this 16th day of December, 2010.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge